CHAD HATFIELD WSBA #38040
Attorney at Law
Hatfield Law, PLLV
8131 W Klamath Ct, Ste D
Kennewick, WA 99336
Telephone: (509) 378-3696
Fax: (855) 945-0946
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DANIELLE BINGHAM,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 2:23-cv-00429-YY<br><br>~~PROPOSED~~ ORDER AUTHORIZING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b) |

Plaintiff was awarded at least $33,397.70 in backpay.  Twenty-five percent of the backpay is $8,349.42.  Counsel for Plaintiff will petition for §406(a) administrative fees from the Social Security Administration on this claim in the amount of $7,705.53, and has previously been awarded EAJA attorney fees from this Court in the amount of $7,705.53.

ORDER AUTHORIZING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)-1

Plaintiff requests this Court grant §406(b) attorney fees in the amount of $8,349.42. This Court finds that §406(b) attorney fees in the amount of $8,349.42 are a reasonable attorney fee and hereby awards Chad Hatfield, attorney for plaintiff, §406(b) attorney fees in the amount of $8,349.42. An offset of $7,705.53 for EAJA attorney fees will be taken leaving a net §406(b) payable to Mr. Hatfield of $643.89.

It is hereby ORDERED that §406(b) attorney fees are awarded to Mr. Hatfield in the amount of $8,349.42 and with an offset of $7,705.53 for previously paid EAJA fees, leaving a net attorney fee due Mr. Hatfield of $643.89.

IT IS SO ORDERED this __22nd__ day of __January_____, 2026.

_____
YOULEE YIM YOU
UNITED STATED MAGISTRATE JUDGE

Presented by:
s/ CHAD HATFIELD WSBA #38040
Attorney for Plaintiff
8131 W Klamath Ct Ste D
Kennewick, WA 99336
Telephone: (509) 378-3696
Fax: (855) 945-0946

ORDER AUTHORIZING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)-2